THE STATE OF OHIO, APPELLEE, v. FORBES, APPELLANT.

[Cite as *State v. Forbes,* 114 Ohio St.3d 40, 2007-Ohio-2714.]

(No. 2006–2294—Submitted May 23, 2007—Decided June 20, 2007.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Wilson,* 113 Ohio St.3d 382, 2007-Ohio-2202, 865 N.E.2d 1264

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Mary H. McGrath, Assistant Prosecuting Attorney, for appellee.

David L. Doughten, for appellant.